

# Fourth Court of Appeals
## San Antonio, Texas

June 8, 2015

No. 04-15-00317-CV

Austin **HELMLE** and Harriet Marmon Helmle,
Appellants

v.

Thomas A. **LAURIN**, individually, Thomas A. Laurin Companies, Elegant Country Homes and
Elegant Country Homes, Inc.,
Appellees

From the 216th Judicial District Court, Kendall County, Texas
Trial Court No. 09-315CCL
Honorable Bill R. Palmer, Judge Presiding

## O R D E R

The clerk responsible for preparing the reporter's record for this appeal has filed a notification of late record, stating several reasons the clerk's record has not been filed, one of which is because appellant has failed to provide notification of what to include in the record.

It is therefore ORDERED that appellant provide written proof to this court within ten days of the date of this order that the appellant has requested the clerk to prepare the clerk's record, which request must designate what must be included. *See* Tex. R. App. P. 34.6(b)(1). Appellant must also provide written proof that either (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee; or (2) appellant is entitled to appeal without paying the clerk's fee.

If appellant fails to respond within the time provided, this appeal may be dismissed for want of prosecution. *See* Tex. R. App. P. 37.3(b).

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of June, 2015.

_____
Keith E. Hottle
Clerk of Court